123 A.3d 328

Anthony DELOATCH, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.

No. 97 EM 2015.

Supreme Court of Pennsylvania.

Sept. 29, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending filings within 90 days.